BELL, administrator, *v.* STEPHENS *et al.*

HILL, J. The certificate of the trial judge fails to certify as true the bill of exceptions in this case. This is jurisdictional, and this court is without authority to determine the case. The writ of error will therefore be dismissed. Civil Code (1910), § 6145; *Houston* v. *Postell,* 141 *Ga.* 792 (82 S. E. 148); *Cady* v. *Cady,* 161 *Ga.* 556 (131 S. E. 282), and cit.

*Writ of error dismissed. All the Justices concur.*

No. 8041. APRIL 16, 1931.

*Madison Bell* and *George & John L. Westmoreland,* for plaintiff in error.

*James C. Davis,* contra.